## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, *ex rel*.
William Rowe

                          Plaintiffs,

vs.                                               Civ. Action No. 18-CV-01113-TC-GEB

Dodge City Community College,
*et al*.,

                          Defendants.

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the Settlement Agreement executed by and amongst the United States, Dodge City Community College, and Relator William Rowe on July 29, 2022, and the Settlement Agreement executed by and amongst the United States, Universal Helicopters, Inc., and Relator William Rowe on August 12, 2022, the United States and Relator stipulate to the following:

(1) the United States dismisses with prejudice any claims asserted in this action against Dodge City Community College and Universal Helicopters, Inc. that are included within the Covered Conduct as defined in the respective Settlement Agreements, and the United States dismisses without prejudice to the United States any other claims asserted within this action;

(2) the Relator dismisses with prejudice any claims asserted in this action against any defendants; and

1

(3) these parties request entry of an order dismissing the action with prejudice as to the Relator and with prejudice as to the United States with respect to claims that are included within the Covered Conduct as defined in the respective Settlement Agreements and without prejudice to the United States as to all other remaining claims.

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

DUSTON J. SLINKARD
United States Attorney
District of Kansas

By:

s/ Jon P. Fleenor
JON P. FLEENOR #14002
Assistant United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, Kansas 66101
PH: 913.551.6730
FX: 913.551.6599
EM: Jon.Fleenor@usdoj.gov

JAMIE ANN YAVELBERG
ALLISON CENDALI
JONATHAN T. THROPE
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-3345
Attorneys for the United States of America

s/ Peter Antosh
Peter Antosh
Garcia & Antosh LLP
1401 Central Ave.
Dodge City, KS 67801
620-225-7400
Fax: 620-225-4339
Email: pja22@yahoo.com

Counsel for Relator William Rowe

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September 2022, a true and correct copy of the above and foregoing Joint Stipulation of Dismissal was filed with the Clerk of the Court using the CM/ECF system, will send a notice of electronic filing to all CM/ECF participants.

<div style="margin-left: 50%;">

s/ Jon P. Fleenor
JON P. FLEENOR
Assistant United States Attorney

</div>